# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| LM INSURANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROOF CRAFTERS, INC. a/k/a | ) | |
| ROOFCRAFTERS, INC. and | ) | |
| DAVID OWENS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ROOF CRAFTERS, INC., and DAVID | ) | Case No. CV415-116 |
| OWENS, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J.C.B. ROOFING LLC, J.C.B. | ) | |
| ROOFING-II, LLC, THOMAS | ) | |
| KREJCI and BOBBY MYERS, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

# <u>ORDER</u>

Over five months ago in this contract dispute, the Court granted defendants' motion to join three third-party defendants. Doc. 28. It then delayed the deadline for submitting a proposed scheduling order until fourteen days after the last of the new defendants answered. Doc. 45.

That happened on November 30, 2015, *see* docs. 50 & 51, but the parties never submitted the proposed scheduling order.

Instead, they filed a Fed. R. Civ. P. 26(f) report on December 15, 2015 that requested discovery commence on January 1, 2016. Doc. 52. They also noted that the "[u]nusually large number of parties [and] [u]nusually large number of claims [and] defenses" justified a request for additional discovery time. But they never said how much.

Hence, the Court **ORDERS** the parties to, within seven days of the date this Order is served, comply (finally) with the Court's previous extension (doc. 45) and submit a proposed scheduling order. That proposal will use January 1, 2016 as discovery's commencement and calculate remaining deadlines accordingly.

**SO ORDERED**, this  14th   day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA